ALEXANDER DUBIES, RESPONDENT, v. MANUFACTURERS LIABILITY INSURANCE COMPANY AND TIETJEN & LANG DRY DOCK COMPANY, APPELLANTS.

Submitted March 27, 1922—Decided April 28, 1922.

On appeal from the Supreme Court, whose opinion is reported in 96 *N. J. L.* 107.

For the appellants, *Randolph Perkins.*

For the respondent, *Charles M. Egan.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Katzenbach in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ. 13.

*For reversal*—None.